■ The People of the State of New York, Respondent, v Juan Perez, Appellant. [849 NYS2d 188]—Judgment of resentence, Supreme Court, New York County (Charles Solomon, J.), rendered on or about June 23, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Buckley, Gonzalez and Sweeny, JJ.